Darnell REID, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

No. 593 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: May 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of May, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. 2017).